# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| William Arthur Brown, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:24-cv-00706-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Graham Mullis, et al., | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 11, 2024 Order.

December 11, 2024

_____

Katherine Hord Simon, Clerk
United States District Court